

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-91,936-01

### IN RE THE STATE OF TEXAS EX REL. KIM OGG, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS IN
### CAUSE NOS. 2288950 & 2288951 IN COUNTY CRIMINAL COURT AT LAW NO. 16
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Relator filed in this Court a motion for emergency stay of proceedings, a motion for leave to file an application for a writ of mandamus, and an application for a writ of mandamus. On October 28, 2020, we stayed the proceedings in County Criminal Court at Law No. 16. In its mandamus application, Relator urges this Court to order Respondent, the Fourteenth Court of Appeals, to rescind its opinion denying Relator mandamus relief. *See In re the State of Texas ex rel. Kim Ogg*, ___ S.W.3d ___ (Tex. App.—Houston [14th Dist.] Oct. 27, 2020). We grant leave to file and order this application to be filed and set for submission to determine whether Respondent erred in denying Relator mandamus relief. Relator and Real Party in Interest, Jacob Straughan, shall file briefs with this Court within thirty days of the date of this order. Respondent and the trial judge below are also

invited to file briefs with this Court within thirty days of the date of this order. This Court's October 28 order staying the proceedings in the trial court shall remain in effect until further notice.

Filed: November 18, 2020
Do not publish